IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-mj-07011-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HENRY B. VEGA-GONZALEZ,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2011.**

      The jury trial scheduled for Monday, **January 31, 2011**, at 10:00 a.m. shall commence at **8:45 a.m.** the same date in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.